# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Robert "Mike" Baker and Wendy Baker
Plaintiff

v.

Civil Action No. 3:21-cv-00754

Deere and Company
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Robert "Mike" Baker and Wendy Baker

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Deere and Company D/B/A John Deere Company

| | |
|---|---|
| Date: | 3/31/2021 |
| Signature: | /s/ John Burkhead |
| Print Name: | John Burkhead |
| Bar Number: | 24072010 |
| Address: | 4514 Cole Ave., Suite 1800 |
| City, State, Zip: | Dallas, TX, 75205 |
| Telephone: | 214-522-0200 |
| Fax: | 214-521-5485 |
| E-Mail: | jburkhead@flbranson.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons